**Bennett, Giuliano, McDonnell & Perrone, LLP**
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Nicholas P. Giuliano (NG 1060)

UNITED STATES DISTRICT COURT              08-CV-5746 (DAB) (DFE)
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEWTEK MEDIA CAPITAL d/b/a
DC MEDIA, LLC,

                Plaintiff,

- against -                                **RULE 7.1 STATEMENT**

IMAGINE FULFILLMENT SERVICES, LLC,

                Defendant,
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff NEWTEK MEDIA CAPITAL d/b/a DC MEDIA, LLC, (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
       June 24, 2008

                                      Bennett, Giuliano, McDonnell & Perrone, LLP
                                      Attorneys for Plaintiff
                                      NEWTEK MEDIA CAPITAL d/b/a
                                      DC MEDIA, LLC

                                      _____
                                      Nicholas P. Giuliano
                                      494 Eighth Avenue, 7th Floor
                                      New York, New York 10001
                                      Telephone: (646) 328-0120