UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
NEWTEK MEDIA CAPITAL d/b/a                :
DC MEDIA, LLC,                                         :   Civil Action No.: 08 Civ. 5746 (DAB)(DFE)
:
    Plaintiff,                                                  :
:   **RULE 7.1 STATEMENT**
    v.                                                           :
:
IMAGINE FULFILLMENT SERVICES,   :
LLC,                                                           :
:
    Defendant.                                             :
:
-----------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. R.7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Imagine Fulfillment Services, LLC (a private non-governmental party), certifies that no corporation owns 10% or more of its stock.

Dated: July 31, 2008
     New York, New York

                                        Respectfully submitted,

                                        VENABLE LLP
                                        Rockefeller Center
                                        1270 Avenue of the Americas, 25th Floor
                                        New York, New York 10020
                                        (212) 307-5500

                      By:           _____
                                        Edmund M. O'Toole (EO-7939)
                                        Shaffin A. Datoo (SD-6929)

                                        ATTORNEYS FOR DEFENDANT
                                        Imagine Fulfillment Services, LLC