UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEWTEK MEDIA CAPITAL d/b/a
DC MEDIA, LLC,    :    Civil Action No.: 08 Civ. 5746 (DAB)(DFE)

    Plaintiff,

    v.    :    **CERTIFICATE OF SERVICE**

IMAGINE FULFILLMENT SERVICES,
LLC,

    Defendant.

------------------------------------------------------------x

    I hereby certify that on July 31, 2008, I electronically filed Defendant Imagine Fulfillment Services, LLC's Rule 7.1 Statement, Notice of Motion, Affidavit of Andy Arvidson, and Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, in connection with the above-captioned matter with the Clerk of the Court using the CM/ECF systems, which sent notification of such filings to the following:

Nicholas P. Giuliano, Esq.
Bennett, Giuliano, McDonell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, NY 10001
Tel: (646) 328-0120
Fax: (646) 328-0121
Email: ngiuliano@bgmplaw.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 31, 2008
      New York, New York

                                                                   SHAFFIN A. DATOO