UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
          :
NEWTEK MEDIA CAPITAL d/b/a      :
DC MEDIA, LLC,                       : Civil Action No.: 08 Civ. 5746 (DAB)(DFE)
          :
      Plaintiff,               :
          : **NOTICE OF APPEARANCE**
     v.                         :
          :
IMAGINE FULFILLMENT SERVICES, LLC,   :
          :
      Defendant.             :
          :
-----------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Imagine Fulfillment Services, LLC.

    I certify that I am admitted to practice in this court.

Dated: August 6, 2008
       New York, New York

                                 Respectfully submitted,

                                 VENABLE LLP
                                 Rockefeller Center
                                 1270 Avenue of the Americas, 25th Floor
                                 New York, New York 10020
                                 Tel:   (212) 953-3388
                                 Email: emotoole@venable.com

          By:                 _____s/_____
                                 Edmund M. O'Toole (EO-7939)

                                 ATTORNEYS FOR DEFENDANT