# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 Eighth Avenue, 7th Floor | Florida Office: |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel. (973) 387-0486<br>Fax (973) 796-2884 | New York, New York 10001<br><br>Telephone: (646) 328-0120<br>Telefax: (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel. (561) 337-8816<br>Fax. (561) 337-4653 |

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 8/13/2008*



August 12, 2008

The Honorable Judge Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    NewTek Media Capital d/b/a DC Media LLC v.
              Imagine Fulfillment Services, LLC
              Case No.: 08 CV 5746
              Our File:    D696

Dear Judge Batts:

      I represent the plaintiff and I write to seek the Court's approval on a briefing schedule agreed upon by plaintiff and defendant.

      Defendant filed a motion to dismiss the complaint for, among other things, lack of jurisdiction. After conferring with defendant's attorneys, we agreed on the following briefing schedule:

*Approved DAB*
*8/13/2008*

| Party | Filing Date |
|---|---|
| Defendant's Motion | 07/31/2008 |
| Plaintiff's Opposition | 08/26/2008 |
| Defendant's Reply | 09/09/2008 |

      If your Honor has any questions, please contact me.

                            Very truly yours,

                            Nicholas P. Giuliano

/bm

**SO ORDERED**

*Deborah A. Batts*  8/13/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE