# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 494 Eighth Avenue, 7th Floor | **Florida Office:** |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel.  (973) 387-0486<br>Fax. (973) 796-2884 | New York, New York  10001<br><br>**Telephone:** (646) 328-0120<br>**Telefax:**    (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL  33437<br>Tel.  (561) 337-8816<br>Fax. (561) 337-4653 |

August 29, 2008

The Honorable Judge Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

             Re:    NewTek Media Capital d/b/a DC Media LLC v.
                     Imagine Fulfillment Services, LLC
                     <u>Case No.: 08 CV 5746</u>
                     Our File:    D696

Dear Judge Batts:

      I represent the plaintiff and I write to seek the Court's approval on an amended briefing schedule agreed upon by plaintiff and defendant.

      Defendant filed a motion to dismiss the complaint for, among other things, lack of jurisdiction.  After conferring with defendant's attorneys, we agreed on the following briefing schedule:

| **Party** | **Current Filing Date** | **Proposed Filing Date** |
|---|---|---|
| Defendant's Motion | 07/31/2008 | 07/31/2008 |
| Plaintiff's Opposition | 08/26/2008 | 09/12/2008 |
| Defendant's Reply | 09/09/2008 | 09/24/2008 |

      If your Honor has any questions, please contact me.

                                               Very truly yours,

                                               Nicholas P. Giuliano

/bm

The Honorable Judge Batts
August 29, 2008
Page 2

cc:    Edmund M. O'Toole, Esq.
       Shaffin A. Datoo, Esq.
       Venable LLP
       Attorneys for Defendant
       Rockefeller Center
       1270 Avenue of the Americas, 25th Floor
       New York, NY 10020
       Telephone:    (212) 307-5500

Z:\Casework\D Cases\D696 Imagine Warehouse\Letters\JudgeBatts-ReAmdBriefingSch-082908.doc