FILED VIA ECF
8/29/08

# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 Eighth Avenue, 7th Floor | Florida Office: |
|---|---|---|
| 201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel. (973) 387-0486<br>Fax (973) 796-2884 | New York, New York 10001<br><br>Telephone: (646) 328-0120<br>Telefax: (646) 328-0121<br>www.bgmplaw.com | 6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel. (561) 337-8816<br>Fax. (561) 337-4653 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

**MEMO ENDORSED**



August 29, 2008

The Honorable Judge Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: NewTek Media Capital d/b/a ~~DC Media~~ LLC v.
Imagine Fulfillment Services, LLC
Case No.: 08 CV 5746
Our File:   D696

Dear Judge Batts:

    I represent the plaintiff and I write to seek the Court's approval on an amended briefing schedule agreed upon by plaintiff and defendant.

    Defendant filed a motion to dismiss the complaint for, among other things, lack of jurisdiction. After conferring with defendant's attorneys, we agreed on the following briefing schedule:

| Party | Current Filing Date | Proposed Filing Date |
|---|---|---|
| Defendant's Motion | 07/31/2008 | 07/31/2008 |
| Plaintiff's Opposition | 08/26/2008 | 09/12/2008 |
| Defendant's Reply | 09/09/2008 | 09/24/2008 |

Granted.
DAB
09/04/08

    If your Honor has any questions, please contact me.

Very truly yours,

Nicholas P. Giuliano

/bm

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE